**PERLMAN DEPETRIS CONSUMER LAW**
Lee M. Perlman
Attorney ID #:  019171994
Email: lperlman@newjerseylemons.com
Paul DePetris
Attorney ID #:  005821996
Email: info@newjerseylemons.com
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
Tel.#: 856-751-4224
Fax#: 856-751-4226
Counsel for plaintiffs

**LEWIS G. ADLER ATTORNEY AT LAW**
Attorney ID#:  023211985
26 Newton Ave.
Woodbury, NJ 08096
Tel. #:  (856) 845-1968
Fax #:  (856) 848-9504
Email:  lewisadler@verizon.net
Co-counsel for plaintiffs

| | |
|---|---|
| CANDACE NEJAT AND ILU.LILY DESIGNS, LLC, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS[1],<br>V.<br>JAGUAR LAND ROVER NORTH AMERICA, LLC AND JOHN DOES 1-10,<br><br>DEFENDANTS. | U.S.  DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>DOCKET NO.  1:21-cv-14698 RMB-SAK |

**TO THE CLERK OF THE ABOVE NAMED COURT:**

The Plaintiffs are not using any third-party funding.

DATED:  August 9, 2021              /s/ LEWIS G. ADLER

---

[1] As used in this document, use of the plural includes the singular, where applicable.  The parties are referred to in the plural regardless of their actual number.

Page 2 of 2

Page 2 of 2